■ In the Matter of ANDREW C. RISOLI.—Motions granted and respondent is reinstated as an attorney and counselor-at-law in the State of New York effective February 26, 1987. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Wallach, JJ.